**SO ORDERED** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



**Jack W. Berryhill
District Court Judge**

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Oct 17 2011 9:11AM MDT
Filing ID: 40381455
Review Clerk: Roxanna M C

| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br><br>100 Jefferson County Parkway<br>Golden, Colorado  80401 | |
|---|---|
| **Plaintiffs:**<br><br>LEE JOHNSON and LINDA JOHNSON<br><br>v.<br><br>**Defendants:**<br><br>ALLSTATE INSURANCE COMPANY; ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; and ALLSTATE INDEMNITY COMPANY | ▲  **COURT USE ONLY**  ▲<br><br>Case No. 11CV2466<br><br>Division:  14 |
| **ORDER** ||

     THIS MATTER, coming before the Court on Defendants Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Amended Complaint, and the Court being fully advised in the premises,

     HEREBY GRANTS Defendants Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, and Allstate Indemnity Company an extension of time of up to and including November 4, 2011, within which to file an answer or otherwise respond to Plaintiffs' Amended Complaint.

     DONE this ___ day of October, 2011.

                                                     By:_____
                                                             District Court Judge

1545610v.1

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Jack W Berryhill |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 40261835 |
| **Current Date:** | Oct 17, 2011 |
| **Case Number:** | 2011CV2466 |
| **Case Name:** | JOHNSON, LEE et al vs. ALLSTATE INSURANCE COMPANY et al |
| **Court Authorizer:** | Jack W Berryhill |

**/s/ Judge Jack W Berryhill**