**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 11-cv-02724-WJM-BNB

LEE JOHNSON, and
LINDA JOHNSON

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, and
ALLSTATE INDEMNITY COMPANY

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal filed April 20, 2012 (ECF No. 37). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion for Dismissal is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

Dated this 23rd day of April, 2012.

BY THE COURT:

_/s/ William J. Martínez_
William J. Martínez
United States District Judge